UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case         08 C 881

ALEJANDRO GUTIERREZ, et al.

   v.

CITY OF DES PLAINES, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, CITY OF DES PLAINES

| | |
|---|---|
| SIGNATURE /s/ Ellen K. Emery | |
| FIRM Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. | |
| STREET ADDRESS 140 S. Dearborn, 6th Floor | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6183693 | TELEPHONE NUMBER (312) 782-7606 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |