IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO GUTIERREZ and ESTELA CARRASCO, | |
| Plaintiffs, | Case No.08 C 881 |
| v. | COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND STATE SUPPLEMENTAL CLAIMS |
| UNKNOWN AND UNNAMED DES PLAINES POLICE OFFICERS, UNKNOWN AND UNNAMED JUNO LIGHTING GROUP, INC EMPLOYEES, individually, JUNO LIGHTING GROUP, INC and THE CITY OF DES PLAINES, | |
| Defendants | |

**DEFENDANT JUNO LIGHTING, INC.'S**
**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to LR 3.2 of the Civil Rules of this Court and Federal Rule of Civil Procedure 7.1, Defendant Juno Lighting, Inc. d/b/a Juno Lighting Group ("Juno Lighting") hereby submits this Disclosure Statement and Notification of Affiliates. Juno Lighting is a Delaware corporation. It has a parent corporation, Square D Company, which is a Delaware corporation that is the sole owner of Juno Lighting. No publicly held corporation owns 10% or more of Juno Lighting's stock. June Lighting has no publicly held affiliates as defined by L.R. 3.2.

                                            Respectfully submitted,

DATED: March 20, 2008           JUNO LIGHTING, INC.

                                            By its attorneys,

                                            /s/ Hallie D. Caldarone

James F. Botana
Hallie D. Caldarone
Carmen B. Copher
JACKSON LEWIS LLP
320 West Ohio Street
Suite 500
Chicago, IL 60610
Telephone: (312) 787-4949
Facsimile: (312) 787-4995

                          2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 20, 2008, she caused a true and correct copy of the foregoing Defendant Juno Lighting, Inc.'s Notification of Affiliates – Disclosure Statement to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Leslie C. McCoy
ED FOX & ASSOCIATES
300 W. Adams
Suite 330
Chicago, Illinois 60606

By:    /s/ Hallie D. Caldarone_____