# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 08 C 881

Alejandro Gutierrez and Estela Carrasco
                        v.
City of Des Plaines, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, CITY OF DES PLAINES

| |
|---|
| NAME (Type or print)<br>Lucy B. Bednarek |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Lucy B. Bednarek |
| FIRM<br>Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. |
| STREET ADDRESS<br>140 South Dearborn St., 6th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6269389 | TELEPHONE NUMBER<br>312/782-7606 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on **April 22, 2008** I electronically filed the foregoing **APPEARANCE,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>Leslie C. McCoy
>ED FOX & ASSOCIATES
>300 W. Adams, Suite 330
>Chicago, IL 60606
>*Attorneys for Plaintiffs*
>
>James F. Botana
>Hallie Diethelm Caldarone
>Carmen B. Copher
>JACKSON LEWIS, LLP
>320 W. Ohio, Suite 500
>Chicago, IL 60610
>*Attorneys for Juno Lighting, Inc., d/b/a Juno Lighting Group*

>/s/   Lucy B. Bednarek

Ellen K. Emery
Lucy B. Bednarek
*ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.*
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax
lbednarek@ancelglink.com

CDONOVAN\L:\MY DOCUMENTS\ATTORNEY\LBB\GUTIERREZ\CERTIFICATE OF SERVICE FOR E-FILING.WPD /4951345.0000

1