IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO GUTIERREZ and ESTELA CARRASCO,<br><br>    Plaintiffs,<br> vs.<br><br>UNKNOWN AND UNNAMED DES PLAINES POLICE OFFICERS, UNKNOWN AND UNNAMED JUNO LIGHTING GROUP, INC. EMPLOYEES, individually, JUNO LIGHTING GROUP, INC. and THE CITY OF DES PLAINES,<br><br>    Defendants. | Case No. 08 C 881 |

## MOTION TO WITHDRAW APPEARANCE OF ALLEN DUARTE

Defendant, CITY OF DES PLAINES, by and through one of its attorneys, Lucy B. Bednarek of ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C., respectfully requests that this Honorable Court grant it leave to withdraw the appearance of attorney Allen Duarte. In support of this Motion, Defendant states as follows:

1. Recently Allen Duarte left his employment at Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.

2. Defendant, CITY OF DES PLAINES, will continue to be represented by Ellen K. Emery and Lucy B. Bednarek of Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.

3. No prejudice will result to any party, and the course of the proceedings will not be delayed if the requested motion is allowed.

2

    4.    This motion is not brought for the purposes of harassment or delay.

WHEREFORE, Defendant, the CITY OF DES PLAINES, respectfully requests that this Honorable Court allow attorney Allen Duarte to withdraw his appearance as counsel of record in this matter.

        Respectfully submitted,
        CITY OF DES PLAINES

        By:  /s/ Lucy B. Bednarek
            One of its attorneys

Lucy B. Bednarek
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax
L:\My Documents\Attorney\Lbb\Gutierrez\Motion to Withdraw.doc\4951345.0000