UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO GUTIERREZ and ESTELA CARRASCO,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNKNOWN AND UNNAMED DES PLAINES POLICE OFFICERS, UNKNOWN AND UNNAMED JUNO LIGHTING GROUP, INC. EMPLOYEES, individually, JUNO LIGHTING GROUP, INC., and THE CITY OF DES PLAINES,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08 C 881<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

TO:    Leslie C. McCoy                     James F. Botana
        ED FOX & ASSOCIATES       Hallie Diethelm Caldarone
        300 W. Adams, Suite 330        Carmen B. Copher
        Chicago, IL 60606                  JACKSON LEWIS, LLP
        ***Attorneys for Plaintiffs***        320 W. Ohio, Suite 500
                                                     Chicago, IL 60610
                                                     ***Attorneys for Defendant, Juno Lighting, Inc., d/b/a Juno Lighting Group***

      **PLEASE TAKE NOTICE** that on __May 1, 2008__, at __9:00__ **a.m.**, I shall appear before the **Honorable James F. Holderman**, at the Dirksen Federal Building, 219 South Dearborn, **Room 2541** Chicago, Illinois, or as soon thereafter as counsel may be heard, and present to him/her or any judge sitting in his/her stead, **Defendant's Motion to Withdraw Appearance of Allen Duarte**, a copy of which is attached hereto and herewith served upon you.

                                                                      /s/ Lucy B. Bednarek

Lucy B. Bednarek
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax
lbednarek@ancelglink.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 23, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the above named attorneys.

                                      /s/ Lucy B. Bednarek
                                      Lucy B. Bednarek
                                      Attorney for Defendant
                                      Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
                                      140 South Dearborn, 6th Floor
                                      Chicago, Illinois 60603
                                      (312) 782-8606
                                      lbednarek@ancelglink.com