# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Alejandro Gutierrez, et al.

            Plaintiff,

v.                    Case No.: 1:08−cv−00881
                   Honorable James F. Holderman

Unknown and Unnamed Des Plaines Police Officers, et al.

            Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

   Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.

Dated: May 1, 2008

                           /s/ James F. Holderman

                           United States District Judge