# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 C 881 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Gutierrez vs. City of Des Plaines | | |

**DOCKET ENTRY TEXT**

Status hearing set for 10/1/08 at 9:00 a.m. in courtroom 2214 for the purpose of scheduling a settlement conference. Parties are urged to contact the courtroom deputy, 312/435-6051, if/when there is interest in scheduling the settlement conference sooner. Parties should see below for this Court's procedures regarding discovery motions.

■[ For further details see text below.]                                                                                                   Notices mailed by Judicial staff.

## STATEMENT

The Court will not hear or consider any discovery motions unless the parties have complied with the meet and confer requirement under **Local Rule 37.2.** In any discovery motion, the motion shall state with specificity when and how the movant complied with **Local Rule 37.2.**

Parties are reminded that compliance with **Local Rule 37.2** requires a **good faith effort** to resolve discovery disputes and, other than in exceptional circumstances, **communication that takes place face to face or by telephone. The exchange of correspondence will not normally be sufficient to comply with Local Rule 37.2.**

| | Courtroom Deputy Initials: | KF |
|---|---|---|