IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEJANDRO GUTIERREZ and ESTELA CARRASCO | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 881 |
| v. | ) ) | Judge Holderman |
| UNKNOWN AND UNNAMED DES PLAINES POLICE OFFICERS, UNKNOWN AND UNNAMED JUNO LIGHTING GROUP, INC EMPLOYEES, individually, JUNO LIGHTING GROUP, INC and THE CITY OF DES PLAINES | ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants, | ) | JURY DEMAND |

## NOTICE OF MOTION

To:   **James Francis Botana**          **Ellen K. Emery**
      Jackson Lewis LLP                 Ancel Glink
      320 West Ohio Street              140 South Dearborn
      Suite 500                         6th Floor
      Chicago, IL 60610                 Chicago, IL 60603
      (312) 787-4949                    (312) 782-7606

   PLEASE TAKE NOTICE, that on **July 3, 2008 at 9:00 AM** . I shall appear before Judge Holderman in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.**

                                      /s/    Leslie C. McCoy
                                      Leslie C. McCoy
                                      ED FOX & ASSOCIATES.
                                      300 West Adams, Suite 330
                                      Chicago, IL 60606
                                      (312) 345-8877