# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Alejandro Gutierrez, et al.

                                      Plaintiff,

v.     Case No.: 1:08−cv−00881
       Honorable James F. Holderman

Unknown and Unnamed Juno Lighting Group, Inc Employees, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable James F. Holderman: Plaintiffs Alejandro Gutierrez, Estela Carrasco's motion for leave to file amended complaint [22] is granted; defendants are given until 7/31/2008 to answer or otherwise plead to the amended complaint. Status hearing held and is continued for 8/14/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.