**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| **ALEJANDRO GUTIERREZ and ESTELA CARRASCO,** | **08 C 881** |
| v. | |
| **UNKNOWN AND UNNAMED DES PLAINES POLICE OFFICERS, UNKNOWN AND UNNAMED JUNO LIGHTING GROUP, INC EMPLOYEES, individually, JUNO LIGHTING GROUP, INC and THE CITY OF DES PLAINES,** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**RONALD ROBINSON**

| | |
|---|---|
| NAME (Type or print)   **James F. Botana** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>          s/**James F. Botana** | |
| FIRM<br>          **JACKSON LEWIS LLP** | |
| STREET ADDRESS<br>          **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP<br>          **CHICAGO, IL  60610** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**6209799** | TELEPHONE NUMBER<br>**312-787-4949** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☒          NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐          NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☒          NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒          NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐