U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ALEJANDRO GUTIERREZ and ESTELA CARRASCO, | 08 C 881 |
| v. | |
| UNKNOWN AND UNNAMED DES PLAINES POLICE OFFICERS, UNKNOWN AND UNNAMED JUNO LIGHTING GROUP, INC EMPLOYEES, individually, JUNO LIGHTING GROUP, INC and THE CITY OF DES PLAINES, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**RONALD ROBINSON**

| NAME (Type or print)   **Carmen B. Copher** |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>            s/**Carmen B. Copher** |
| FIRM<br>            **JACKSON LEWIS LLP** |
| STREET ADDRESS<br>            **320 W. OHIO, SUITE 500** |
| CITY/STATE/ZIP<br>            **CHICAGO, IL  60610** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**350370** | TELEPHONE NUMBER<br>**312-787-4949** |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐